1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada State Bar No. 6596
2  KIRSTEN A. MILTON, ESQ.
   Nevada State Bar No. 14401
3  HILARY A. WILLIAMS, ESQ.
   Nevada State Bar No. 14645
4  **JACKSON LEWIS P.C.**
5  300 S. Fourth Street, Suite 900
   Las Vegas, Nevada 89101
6  Tel: (702) 921-2460
   Fax: (702) 921-2461
7  Email: Deverie.Christensen@jacksonlewis.com
   Email: Kirsten.Milton@jacksonlewis.com
8  Email: Hilary.Williams@jacksonlewis.com

*Attorneys for Defendants Wood Residential, LLC,
Wood Partners, LLC, and Wood Real Estate
Investors, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA NELSON, <br><br> Plaintiff, <br><br> vs. <br><br> WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. <br><br> **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** |

Pursuant to 28 U.S.C. § 1441, Defendants Wood Residential, LLC ("Wood Residential"), Wood Partners, LLC ("Wood Partners"), and Wood Real Estate Investors, LLC ("WREI," and altogether, "Defendants") hereby notifies the Court of the removal of *Vanessa Nelson v. Alta NV Management, LLC; Wood Residential, LLC; Wood Partners, LLC; Wood Real Estate Investors, LLC; and DOES 1-50, inclusive*, Case No. A-23-884290-C, which was filed in the Eighth Judicial District Court in Clark County, Nevada. In support of said removal, Defendant states as follows:

1. On December 28, 2023, Plaintiff Vanessa Nelson ("Plaintiff") commenced an action in the Eighth Judicial District Court of Clark County, Nevada, entitled *Vanessa Nelson v Alta NV Management, LLC; Wood Residential, LLC; Wood Partners, LLC; Wood Real Estate Investors, LLC; and DOES 1-50, inclusive*. The Complaint only asserted claims under Nevada state law. A copy of the Complaint is attached hereto as **Exhibit A**.

2. On January 5, 2024, Wood Residential and WREI were served with a copy of the Complaint and a Summons issued by the State Court on or about December 28, 2023. On January 8, 2024, Wood Partners was also served with the Complaint and a Summons issued by the State Court. Copies of Summons to each respective Defendant is attached hereto as **Exhibit B, Exhibit C**, and **Exhibit D**.

3. On February 17, 2024, Plaintiff Vanessa Nelson ("Plaintiff"), filed and served through CMF/ECF filing Plaintiff's First Amended Complaint. The First Amended Complaint asserted, for the first time, claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219. The First Amended Complaint also eliminated its allegations against former Defendant Alta Management, LLC. A copy of Plaintiff's First Amended Complaint is attached hereto as **Exhibit E**.

4. This action is properly removed to federal court under federal question jurisdiction because Plaintiff's First Amended Complaint contains claims which arise under federal law, specifically, the FLSA, 29 U.S.C. §§ 201-219.

5. This Notice of Removal is being filed within thirty (30) days of receipt of any pleadings setting forth the claim for relief upon which the action is based and is, therefore, timely under 28 U.S.C. § 1446(b).

6. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this court pursuant to the provisions of 28 U.S.C. § 1441(a), in that it is a civil action arising under the Constitution, laws, or treaties of the United States. Specifically, Plaintiff alleges conduct in violation of the FLSA, 29 U.S.C. §§ 201-219. Any remaining state law claims are also properly removed pursuant to the Court's supplemental jurisdiction. 28 U.S.C. § 1367(a).

7. A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Eighth Judicial District Court of the State of Nevada.

8. Venue is proper in this Court as this is the court for the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391.

WHEREFORE, Defendants pray that the above-referenced action now pending in the Eighth Judicial District Court of the State of Nevada in and for the County of Clark be removed therefrom to this Court.

Dated this 1st day of March, 2024.

JACKSON LEWIS P.C.

*/s/ Deverie J. Christensen*
Deverie J. Christensen, NV Bar No.6596
Kirsten A. Milton, NV Bar No. 14401
Hilary A. Williams, NV Bar, No. 14645
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorney for Defendants*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of Jackson Lewis P.C., and that on this 1st day of March, 2024, I caused to be served via the Court's CM/ECF Filing, a true and correct copy of the above foregoing **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION FROM STATE COURT** properly addressed to the following:

JASON KULLER
Of Counsel
Nevada Bar No. 12244
SHAY DIGENAN, ESQ.
Nevada Bar No. 16397
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Drive, Suite 130
Las Vegas, Nevada 89144
Email: jason@rafiilaw.com

*Attorney for Plaintiff
Vanessa Nelson*

                                      */s/ Kelley Chandler*
                                      Employee of Jackson Lewis P.C.

4859-4467-0378, v. 1