# EXHIBIT B

# Summons
# Wood Residential, LLC

# EXHIBIT B

Electronically Issued
12/28/2023 9:41 PM

SUMM
JASON KULLER
Of Counsel
Nevada Bar No. 12244
SHAY DIGENAN, ESQ.
Nevada Bar No. 16397
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Telephone: 725.245.6056
Facsimile: 725.220.1802
Email: jason@rafiilaw.com
*Attorneys for Plaintiff*

### DISTRICT COURT
### CLARK COUNTY, NEVADA

| | |
|---|---|
| VANESSA NELSON,<br><br>    Plaintiff,<br>v.<br><br>ALTA NV MANAGEMENT, LLC; WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No.: A-23-884290-C<br>Dept. No.: |

### SUMMONS

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU FILE A RESPONSE WITH THE COURT WITHIN 21 DAYS. READ THE INFORMATION BELOW CAREFULLY.**

To the Defendant named above: **WOOD RESIDENTIAL, LLC**

A civil complaint has been filed by the Plaintiff against you. Plaintiff is seeking to recover the relief requested in the complaint, which could include a money judgment against you or some other form of relief.

If you intend to defend this lawsuit, within 21 calendar days[1] after this Summons is served on you (not counting the day of service), you must:

1.   File with the Clerk of the Court, whose address is shown below, a formal written response (typically a legal document called an "answer," but potentially some other

---

[1] The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislators each have 45 days after service of this Summons within which to file a response to Plaintiff's complaint.

1

**SUMMONS**
Case Number: A-23-884290-C

response) to Plaintiff's complaint.

2. Pay the required filing fee to the court, or file an Application to Proceed *In Forma Pauperis* and request a waiver of the filing fee

3. Serve (by mail or hand delivery) a copy of your response upon the Plaintiff whose name and address is shown below.

> Information and forms to assist you are available, free of charge, at the Civil Law Self-Help Center at the Regional Justice Center, 200 Lewis Avenue, Las Vegas, Nevada, and on the center's website at www.civillawselfhelpcenter.org.

If you fail to respond, the Plaintiff can request your default. The court can then enter judgment against you for the relief demanded by the Plaintiff in the complaint, which could result in money or property being taken from you or some other relief requested in Plaintiff's complaint.

If you intend to seek an attorney's advice, do it quickly so that your response can be filed on time.

CLERK OF THE COURT
STEVEN D. GRIERSON

Karen Batiste                                    12/29/2023
By: _____                Date: _____
Deputy Clerk
Regional Justice Center
200 Lewis Avenue
Las Vegas, Nevada 89155

DATED: December 28, 2023          Issued at the request of:

RAFII & ASSOCIATES, P.C.

By:   /s/ Jason Kuller
      JASON KULLER
      Of Counsel
      *Attorneys for Plaintiff*

2
**SUMMONS**