UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA NELSON,<br>　　Plaintiff(s),<br>v.<br>WOOD RESIDENTIAL, LLC, et al.,<br>　　Defendant(s). | Case No. 2:24-cv-00419-ART-BNW<br><br>**Order** |

The Court set an early neutral evaluation session for May 15, 2024. Docket No. 9.[1] The parties thereafter represented that they are engaged in settlement efforts and that they would file a joint status report by April 22, 2024. Docket No. 13. That joint status report has not been filed and, as such, it is not entirely clear whether the early neutral evaluation should proceed. The parties are hereby **ORDERED** to file, by May 1, 2024, a joint status report regarding their settlement efforts, along with either a joint representation that the early neutral evaluation should proceed as scheduled or a stipulation to vacate the early neutral evaluation.

IT IS SO ORDERED.

Dated: April 24, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] It appears the thrust of the amended complaint relates to wage and hour issues brought on a class action and collective action basis, *see* Docket No. 1-5, which are not generally subject to the early neutral evaluation program. *See* Local Rule 16-6(a). Nonetheless, an early neutral evaluation was scheduled because the amended complaint also includes some individual employment discrimination elements, which are subject to the early neutral evaluation program. Local Rule 16-6(a). If the parties believe that an early neutral evaluation would not be fruitful given the mixed nature of the claims in the case, they may so specify in the papers to be filed by May 1, 2024.

1