1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada State Bar No. 6596
2  KIRSTEN A. MILTON, ESQ.
   Nevada State Bar No. 14401
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
5  Tel: (702) 921-2460
   Fax: (702) 921-2461
6  Email: Deverie.Christensen@jacksonlewis.com
   Email: Kirsten.Milton@jacksonlewis.com
7
8  *Attorneys for Defendants Wood Residential, LLC,*
   *Wood Partners, LLC, and Wood Real Estate*
9  *Investors, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| VANESSA NELSON,                                      | Case No. 2:24-cv-00419-ART-BNW |
|------------------------------------------------------|--------------------------------|
| Plaintiff,                                           | **STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT, AND FOR THE PARTIES TO CONDUCT THE FRCP 26(f) CONFERENCE AND SUBMIT A PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs.                                                  |                                |
| WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive, | |
| Defendants.                                          | (First Request)                |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to extend the current deadline, May 31, 2024, one week to June 7, 2024, for Defendants to file responses to Plaintiff's Amended Complaint, and for the parties to complete the FRCP 26(f) conference and file a proposed Discovery Plan and Scheduling Order.

1. The deadline for Defendants to file responses to the Amended Complaint and to complete the FRCP 26(f) and submit a Proposed Discovery Plan and Scheduling Order to the Court is Friday, May 31, 2024.

2. Defendants planned to file responses to the Amended Complaint on May 31, and the parties planned to complete the FRCP 26(f) conference this week and submit the proposed Discovery Plan and Scheduling Order timely by May 31.

3. Unfortunately, undersigned Defense Counsel had an unexpected medical emergency – she broke her foot and is out of the office this week due to the injury and pain. Thus, Defense Counsel has been unable to meet the current May 31 deadlines.

4. However, Defense Counsel will be able to conduct the FRCP 26(f) conference (remotely) with Plaintiff's counsel next week, and the parties will be able to file the proposed Discovery Plan and Scheduling Order by Friday, June 7, 2024.  Defense Counsel also will be able to file Defendants' responses to the Amended Complaint by June 7, 2024.

5. Thus, the parties hereby stipulate to extend the deadline to June 7, 2024, for Defendants to file responses to the Amended Complaint, and for the Parties to complete the FRCP 26(f) conference and file the proposed Discovery Plan and Scheduling Order.

6. Since the Court's Stay was lifted on May 28, 2024 (ECF No. 23), this is the first request to extend the deadline for Defendant to file responses to Plaintiff's Amended Complaint and for the Parties to complete the FRCP 26(f) conference and file the proposed Discovery Plan and Scheduling Order.  This request is made in good faith and not for the purpose of delay.

Dated this 31st day of May, 2024.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jason Kuller* | */s/ Deverie J. Christensen* |
| Jason Kuller, Esq., Bar No. 1224 | Deverie J. Christensen, Esq., Bar No. 6596 |
| Shay Degenan, Esq., Bar No. 16397 | Kirsten A. Milton, Esq., Bar No. 14401 |
| 1120 N. Town Center Drive, Suite 130 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendants to file responses to Plaintiff's Amended Complaint and for the Parties to complete the FRCP 26(f) conference and file a proposed Discovery Plan and Scheduling Order is continued to Friday, June 7, 2024.

Dated this __3__ day of __June__, 2024.

_____
United States District Court/Magistrate Judge

4890-8992-3267, v. 2