DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
KIRSTEN A. MILTON, ESQ.
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: Deverie.Christensen@jacksonlewis.com
Email: Kirsten.Milton@jacksonlewis.com

*Attorneys for Defendants Wood Residential, LLC, Wood Partners, LLC, and Wood Real Estate Investors, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA NELSON<br><br>    Plaintiff,<br><br>    vs.<br><br>WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-00419-ART-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT A PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>(Second Request) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to extend the current deadline, June 7, 2024, one week to June 14, 2024, for the parties to file a proposed Discovery Plan and Scheduling Order.

1. The Court previously granted the Parties' request to extend the deadline for Defendants to file responses to the Amended Complaint and to complete the FRCP 26(f) by June 7, 2024, considering undersigned Defense Counsel's unexpected medical emergency.  ECF No. 26.

2. Undersigned Defense Counsel returned to the office on June 6, 2024, and that same day the parties conducted the FRCP 26(f) conference, discussed the items required by the Rule, and discussed discovery given the individual and class/collective claims in this case.

3. Given the delay in Defense Counsel's return to the office until June 6 due to her

medical emergency, the parties need one additional week to complete the draft discovery plan and scheduling order to submit for the Court's consideration.

4. This is the second request to extend the deadline to file the proposed Discovery Plan and Scheduling Order.

5. This request is made in good faith and not for the purpose of delay.

Dated this 7th day of June, 2024.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jason Kuller* | */s/ Deverie J. Christensen* |
| Jason Kuller, Esq., Bar No. 1224 | Deverie J. Christensen, Esq., Bar No. 6596 |
| Shay Degenan, Esq., Bar No. 16397 | Kirsten A. Milton, Esq., Bar No. 14401 |
| 1120 N. Town Center Drive, Suite 130 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline to file a proposed Discovery Plan and Scheduling Order is continued to Friday, June 14, 2024.

Dated this __10__ day of __June__, 2024.

 _____
 United States District Court/Magistrate Judge

4878-0033-3766, v. 1