1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| VANESSA NELSON | Case No. 2:24-cv-00419-ART-BNW |
| --- | --- |
| Plaintiff, | |
| vs. | **ORDER GRANTING** |
| WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive, | **STIPULATION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS** |
| Defendants. | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that Plaintiff Vanessa Nelson (Plaintiff) shall have up to one additional week, until Friday June 28, 2024, to respond to: (1) the Joint Motion to Dismiss Plaintiff's Amended Complaint filed by Defendants Wood Real Estate Investors, LLC ("WREI") and Wood Partners, LLC ("Wood Partners"); and (2) the Motion to Dismiss Filed by Defendant Wood Residential, LLC ("Wood Residential") (collectively "Motions"). This stipulation is submitted and based upon the following:

    1.    With this Court's approval, the parties have previously agreed and stipulated to extend the time for Defendants' responses to Plaintiff's Amended Complaint, which were originally due to be filed on March 8, 2024.

    2.    Defendants responded to Plaintiff's Amended Complaint on June 7, 2021, by filing the above-referenced Motions. Plaintiff's responses to the Motions are due to be filed this week on

June 21, 2024.

3. During this week, Plaintiff's counsel has already been responsible for filing a motion for conditional certification, a class action complaint, and two oppositions to two separate motions to dismiss in other cases, as well as preparing and exchanging initial disclosures in this case. One of Plaintiff's responses to the Motions in this case will require a declaration and index of exhibits, which has imposed an additional time crunch on Plaintiff's counsel. Plaintiff's counsel therefore requires additional time to adequately represent his client's interests in response to the Motions.

4. Defendants have agreed to allow Plaintiff additional time to respond to the Motions.

5. The parties agree that Plaintiff shall have an additional week, up to and including Friday, June 28, 2024, to respond to Defendants' Motions.

6. This request is made in good faith and not for the purpose of delay.

Dated this 21st day of June, 2024.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jason Kuller* | */s/ Deverie Christensen* |
| Jason Kuller, Esq., Bar No. 1224 | Deverie J. Christensen, Esq., Bar No. 6596 |
| Rachel Mariner, Esq., Bar No. 16728 | Kirsten A. Milton, Esq., Bar No. 14401 |
| Shay Degenan, Esq., Bar No. 16397 | Hilary A. Williams, Esq., Bar No. 14645 |
| 1120 N. Town Center Drive, Suite 130 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

**IT IS SO ORDERED.**

_____
**ANNE R. TRAUM**
**UNITED STATES DISTRICT JUDGE**

Dated: _____June 24, 2024_____