# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA NELSON,<br><br>        Plaintiff,<br><br>   vs.<br><br>WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive,<br><br>        Defendant. | Case No. 2:24-cv-00419-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS WOOD REAL ESTATE INVESTORS, LLC AND WOOD PARTNERS, LLC TO FILE A REPLY IN SUPPORT OF DEFENDANTS JOINT MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT [ECF NO. 28], AND FOR DEFENDANT WOOD RESIDENTIAL, LLC TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 29]**<br><br>**First Request** |

IT IS HEREBY STIPULATED by and between Plaintiff Vanessa Nelson, ("Plaintiff"), through her counsel JASON KULLER, ESQ., of the law firm RAFII & ASSOCIATES, P.C. and Wood Residential, LLC, Wood Real Estate Investors, LLC, and Wood Partners, LLC (collectively "Defendants") through their counsel JACKSON LEWIS P.C., that Defendants shall have an extension, up to and including Friday, July 12, 2024, in which to file their respective replies in support of Wood Real Estate Investors, LLC's and Wood Partners, LLC's Joint Motion to Dismiss

Plaintiff's Amended Complaint (ECF No. 28) and Defendant Wood Residential's Motion to Dismisst (ECF No. 29).

This Stipulation is submitted and based upon the following:

1. Defendant Wood Real Estate Investors, LLC and Wood Partners, LLC's reply in support of Joint Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 28) is currently due on July 5, 2024.

2. Defendant Wood Residential, LLC's reply in support of Motion to Dismiss is also currently due on July 5, 2024.

3. Due to Defendants' Counsel, Deverie Christensen, Esq., being out of the office for pre-planned vacation between June 28, 2024, and July 7, 2024 (just after Plaintiffs filed their responses on June 28, 2024, to Defendants' respective Motions to Dismiss (ECF Nos. 28 and 29)), and the due dates for responses falling 7 days thereafter. Defendants need additional time to prepare their replies, and Plaintiff's counsel has agreed to the extension.

4. LR 7-2 requires that any reply must be filed within 7 days after service of a response to a motion. However, Defense Counsel will be out of the office for a pre-planned vacation from June 28, 2024, through July 7, 2024, and Defendants will need additional time to prepare and file replies in support of their Motions.

5. Thus, Defendants requested to extend the deadline for replies for one week to July 12, 2024, and Plaintiff has agreed to the extension.

6. This is the first request for an extension of time for Defendants to file replies in support of their respective motions to dismiss.

7. This request is made in good faith and not for the purpose of delay.

///

///

///

2

8. Nothing in this Stipulation, or the fact of entering the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jason Kuller* <br> Jason Kuller, Bar No. 12244 <br> Rachel Mariner, Bar No. 16728 <br> Shay Degenan, Bar No. 16397 <br> 1120 N. Town Center Dr., Ste. 130 <br> Las Vegas NV 89144 <br><br> *Attorneys for Plaintiff* <br> *Vanessa Nelson* | */s/ Deverie Christensen* <br> Deverie Christensen, Bar No. 6596 <br> Kirsten Milton, Bar No. 14401 <br> 300 S. Fourth Street, Ste. 900 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendants.* <br> *Wood Residential, LLC, Wood Partners, LLC,* <br> *and Wood Real Estate Investors, LLC* |

**ORDER**

IT IS SO ORDERED.

Dated this 10th day of July, 2024.

Anne R. Traum
United States District Court