DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
KIRSTEN A. MILTON, ESQ.
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: Deverie.Christensen@jacksonlewis.com
Email: Kirsten.Milton@jacksonlewis.com

*Attorneys for Defendants Wood Residential, LLC, Wood Partners, LLC, and Wood Real Estate Investors, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA NELSON<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No. 2:24-cv-00419-ART-BNW<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>(First Request) |

　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to extend the current deadline, October 23, 2024, four weeks to November 20, 2024, for Defendants to file answers to Plaintiff's Amended Complaint.

　　　　1.　　On October 9, 2024, the Court held a hearing on Defendants' respective Motions to Dismiss. ECF No. 28 and 29. The Court ruled from the bench and denied Defendants' motions on October 9, 2024. A Minute Order followed on October 22, 2024. ECF No. 45.

　　　　2.　　Defendants are required to file answers within fourteen (14) days after denial of a motion to dismiss pursuant to Fed. R. Civ. Proc. 12(a)(4)(A). Thus, the deadline for Defendants to file answers to the Amended Complaint is October 23, 2024.

　　　　3.　　The Amended Complaint includes twelve (12) claims and asserts collective claims

under the Fair Labor Standards Act and class action wage related claims under Nevada Revised Statutes Chapter 608, spanning twenty-four (24) pages and 158 discrete paragraphs, plus subparagraphs as to the class/collective claims, requiring substantive responses in answers coupled with affirmative defenses.

4. Undersigned Defense Counsel, as the Office Managing Principal for Las Vegas, has been covering multiple cases, hearings, depositions, and mediations over the past several weeks (including travel to Reno, Nevada for depositions), as counsel has recently lost three attorneys in her office and is responsible for covering their workloads.

5. Given Defense Counsels' recent additional workload and the scope and breadth of the Amended Complaint, Defendants need additional time to complete their answers.

6. Thus, the parties hereby stipulate to extend the deadline to November 20, 2024, for Defendants to file answers to the Amended Complaint.

7. This request is made in good faith and not for the purpose of delay.

Dated this 23rd day of October, 2024.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jason Kuller* | */s/ Deverie J. Christensen* |
| Jason Kuller, Esq., Bar No. 1224 | Deverie J. Christensen, Esq., Bar No. 6596 |
| Shay Degenan, Esq., Bar No. 16397 | Kirsten A. Milton, Esq., Bar No. 14401 |
| 1120 N. Town Center Drive, Suite 130 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## **ORDER**

IT IS HEREBY ORDERED that the deadline for Defendants to file answers to Plaintiff's Amended Complaint is continued to November 20, 2024.

Dated this __24__ day of __October__, 2024.

_____
United States District Court/Magistrate Judge