DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
KIRSTEN A. MILTON, ESQ.
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: Deverie.Christensen@jacksonlewis.com
Email: Kirsten.Milton@jacksonlewis.com

*Attorneys for Defendants Wood Residential, LLC, Wood Partners, LLC, and Wood Real Estate Investors, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA NELSON<br><br>Plaintiff,<br><br>vs.<br><br>WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00419-ART-BNW<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>(Second Request) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to extend the current deadline, November 20, 2024, two weeks to December 4, 2024, for Defendants to file answers to Plaintiff's Amended Complaint.

1. On October 9, 2024, the Court held a hearing on Defendants' respective Motions to Dismiss. ECF No. 28 and 29. The Court ruled from the bench and denied Defendants' motions on October 9, 2024. A Minute Order followed on October 22, 2024. ECF No. 45.

2. On October 24, 2024, the Court granted the parties' stipulation and first request to extend Defendants deadline to file answers to the Amended Complaint to November 20, 2024. ECF No. 48.

3. The Amended Complaint includes twelve (12) claims and asserts collective claims

under the Fair Labor Standards Act and class action wage related claims under Nevada Revised Statutes Chapter 608, spanning twenty-four (24) pages and 158 discrete paragraphs, plus subparagraphs as to the class/collective claims, requiring substantive responses in answers coupled with affirmative defenses.

4. Undersigned Defense Counsel has been unable to complete draft answers for all the Defendants as Counsel became unexpectedly ill with the flu on November 5, 2025, and was out of the office for over a week due to illness and was unable to work on the Answers during that time.

5. Given Defense Counsels' recent absence due to illness, and the time necessary to prepare answers given the scope and breadth of the Amended Complaint, Defendants need additional time to complete their answers. Further, next week is the Thanksgiving Holiday when the parties and their counsels will be away with their families for the Holiday.

6. Thus, the parties hereby stipulate to extend the deadline to December 4, 2024, for Defendants to file answers to the Amended Complaint.

7. This request is made in good faith and not for the purpose of delay. This is the second request to extend the deadline for Defendants to file answers to the Amended Complaint.

Dated this 18th day of November, 2024.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jason Kuller* | */s/ Deverie J. Christensen* |
| Jason Kuller, Esq., Bar No. 1224 | Deverie J. Christensen, Esq., Bar No. 6596 |
| Shay Degenan, Esq., Bar No. 16397 | Kirsten A. Milton, Esq., Bar No. 14401 |
| 1120 N. Town Center Drive, Suite 130 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

## ORDER

IT IS HEREBY ORDERED that the deadline for Defendants to file answers to Plaintiff's Amended Complaint is continued to December 4, 2024.

Dated this  20  day of  November , 2024.

_____
United States District Court/Magistrate Judge

2