1  DEVERIE J. CHRISTENSEN, ESQ.
   Nevada State Bar No. 6596
2  KIRSTEN A. MILTON, ESQ.
   Nevada State Bar No. 14401
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
5  Tel: (702) 921-2460
   Fax: (702) 921-2461
6  Email: Deverie.Christensen@jacksonlewis.com
   Email: Kirsten.Milton@jacksonlewis.com
7
8  *Attorneys for Defendants Wood Residential, LLC,*
   *Wood Partners, LLC, and Wood Real Estate*
9  *Investors, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA NELSON<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:24-cv-00419-ART-BNW<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>(Third Request) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to extend the current deadline. December 4, 2024, for one week to December 11, 2024, for Defendants to file answers to Plaintiff's Amended Complaint.

1. On November 20, 2024, the Court granted the parties' stipulation and second request to extend Defendants deadline to file answers to the Amended Complaint to December 4, 2024. ECF No. 51.

2. The Amended Complaint includes twelve (12) claims and asserts collective claims under the Fair Labor Standards Act and class action wage related claims under Nevada Revised Statutes Chapter 608, spanning twenty-four (24) pages and 158 discrete paragraphs, plus subparagraphs as to the class/collective claims, requiring substantive responses in answers coupled

with affirmative defenses.

3. Undersigned Defense Counsel has been diligently working on the answers for the three named Defendants in this case. However, due to the number of claims, allegations, and class claims, and as Undersigned Defense Counsel was traveling out of state last week with family for the Thanksgiving Holiday, Defense Counsel has been unable to complete the answers and needs a short additional one-week extension to complete the answers.

4. Further, the Parties are actively discussing whether settlement negotiations and private mediation may facilitate resolution of this case, which they anticipate being able to determine in the next week before the extended deadline for Defendants to file answers.

5. Thus, the parties hereby stipulate to extend the deadline one week to December 11, 2024, for Defendants to file answers to the Amended Complaint.

6. This request is made in good faith and not for the purpose of delay. This is the third request to extend the deadline for Defendants to file answers to the Amended Complaint.

Dated this 3rd day of December, 2024.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jason Kuller* | */s/ Deverie J. Christensen* |
| Jason Kuller, Esq., Bar No. 1224 | Deverie J. Christensen, Esq., Bar No. 6596 |
| 1120 N. Town Center Drive, Suite 130 | Kirsten A. Milton, Esq., Bar No. 14401 |
| Las Vegas, Nevada 89144 | 300 S. Fourth Street, Suite 900 |
| *Attorneys for Plaintiff* | Las Vegas, Nevada 89101 |
| | *Attorneys for Defendants* |

## ORDER

IT IS HEREBY ORDERED that the deadline for Defendants to file answers to Plaintiff's Amended Complaint is continued to December 11, 2024.

Dated this  5th  day of  December , 2024.

_____
United States District Court/Magistrate Judge

2