DEVERIE J. CHRISTENSEN, ESQ.
Nevada State Bar No. 6596
KIRSTEN A. MILTON, ESQ.
Nevada State Bar No. 14401
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email: Deverie.Christensen@jacksonlewis.com
Email: Kirsten.Milton@jacksonlewis.com

*Attorneys for Defendants Wood Residential, LLC, Wood Partners, LLC, and Wood Real Estate Investors, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VANESSA NELSON<br><br>            Plaintiff,<br><br>     vs.<br><br>WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive,<br><br>            Defendants. | Case No. 2:24-cv-00419-ART-BNW<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>(Fourth Request) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to extend the current deadline for two weeks from December 11, 2024, to December 26, 2024, for Defendants to file answers to Plaintiff's Amended Complaint.

1.  On December 5, 2024, the Court granted the parties' stipulation and third request to extend by one week Defendants deadline to file answers to the Amended Complaint to December 11, 2024.  ECF No. 54.

2.  The Parties have agreed to participate in private mediation to explore resolution of this case and are diligently working to select a mediator and schedule mediation.  The Parties are working expeditiously and devoting their full attention to arranging private mediation, which the Parties desire to complete prior to incurring further time and expense filing pleadings, including

but not limited to Defendants' answers and corresponding class-related filings that Plaintiff will then have to file.

3. Thus, the parties hereby stipulate to extend the deadline two weeks to December 26, 2024, for Defendants to file answers to the Amended Complaint.

4. This request is made in good faith and not for the purpose of delay. This is the fourth request to extend the deadline for Defendants to file answers to the Amended Complaint.

Dated this 11th day of December, 2024.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Jason Kuller* | */s/ Deverie J. Christensen* |
| Jason Kuller, Esq., Bar No. 1224 | Deverie J. Christensen, Esq., Bar No. 6596 |
| Roberto Montes, Jr., Esq., *(Pro Hac Vice Application Pending)* | Kirsten A. Milton, Esq., Bar No. 14401 |
| 1120 N. Town Center Drive, Suite 130 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS HEREBY ORDERED that the deadline for Defendants to file answers to Plaintiff's Amended Complaint is continued to December 26, 2024.

Dated this  16  day of December, 2024.

_____
United States District Court/Magistrate Judge

2