1
2
3
4
5
6
7
8

9                    **UNITED STATES DISTRICT COURT**

10                             **DISTRICT OF NEVADA**

| | |
|---|---|
| 11  VANESSA NELSON, | Case No. 2:24-cv-00419-ART-BNW |
| 12         Plaintiff, | |
| 13     vs. | **ORDER GRANTING** |
| 14  WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive, | **STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR COURT APPROVAL OF SETTLEMENT OF PLAINTIFF'S INDIVIDUAL CLAIMS** |
| 17         Defendants. | **(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Vanessa Nelson ("Plaintiff"), by and through her counsel, Rafii & Associates, P.C., and Defendants Wood Residential, LLC, Wood Partners, LLC and Wood Real Estate Investors, LLC ("Defendants"), by and through their counsel, Jackson Lewis, P.C., to extend the current deadline, April 16, 2025, for the parties to submit a Motion for Court Approval of Settlement of Plaintiff's individual claims, which include an FLSA claim, for two weeks to April 30, 2025.

1.   On March 25, 2025, the parties filed a notice of settlement and request to stay all case deadlines pending the filing of a Motion for Court Approval of Settlement of Plaintiff's individual claims and completion of resolution processes.  ECF No. 63.

2.   The parties requested to submit a Motion for Court Approval of Settlement of Plaintiff's individual claims (the "Motion"), which include an FLSA claim, no later than April 16,

2025.

3. On March 28, 2025, the Court approved the parties stipulation, ordered the parties to submit a Motion by April 16, 2025, and ordered that all current deadlines were vacated. ECF No. 64.

4. The parties need an additional time to file the Motion. Following the filing of the parties' notice and stipulation, Lead Defense Counsel was in arbitration in Reno, Nevada for approximately one week and unavailable during that time. And for the past week, Lead Plaintiff's Counsel has been out of the country for a prearranged trip and is set to return to the United States on April 14, 2025. Although Lead Counsels have endeavored to continue to communicate via email and cell phone to meet the April 16, 2025, deadline, given their opposite schedules with several days of unavailability, they have been unable to complete the settlement process and Motion for filing on April 16, 2025.

5. Thus, the parties request a two-week extension to file the Motion no later than April 30, 2025. This Stipulation is the First Request for an extension of the deadline to file the Motion, and is not submitted for the purpose of delay.

Dated this 14th day of April, 2025.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| /s/Roberto Montes, Jr. | /s/ Deverie J. Christensen |
| Jason Kuller, Esq., Bar No. 1224 | Deverie J. Christensen, Esq., Bar No. 6596 |
| Roberto Montes, Jr., Esq., *(Pro Hac Vice)* | Kirsten A. Milton, Esq., Bar No. 14401 |
| 1120 N. Town Center Drive, Suite 130 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____
Anne R. Traum
United States District Judge

DATED: April 16, 2025

2