**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA NELSON,<br><br>        Plaintiff,<br><br>   vs.<br><br>WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No. 2:24-cv-00419-ART-BNW<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE MOTION FOR COURT APPROVAL OF SETTLEMENT OF PLAINTIFF'S INDIVIDUAL CLAIMS**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff Vanessa Nelson ("Plaintiff"), by and through her counsel, Rafii & Associates, P.C., and Defendants Wood Residential, LLC, Wood Partners, LLC and Wood Real Estate Investors, LLC ("Defendants"), by and through their counsel, Jackson Lewis, P.C., to extend the current deadline, April 30, 2025, for the parties to submit a Motion for Court Approval of Settlement of Plaintiff's individual claims, which include an FLSA claim, for one week to **May 7, 2025**.

    1.    On March 25, 2025, the parties filed a notice of settlement and request to stay all case deadlines pending the filing of a Motion for Court Approval of Settlement of Plaintiff's individual claims and completion of resolution processes. ECF No. 63.

    2.    The parties requested to submit a Motion for Court Approval of Settlement of Plaintiff's individual claims (the "Motion"), which include an FLSA claim, no later than April 16,

2025.

3. On March 28, 2025, the Court approved the parties stipulation, ordered the parties to submit a Motion by April 16, 2025, and ordered that all current deadlines were vacated. ECF No. 64.

4. On April 16, 2025, the Court approved the parties' stipulation to extend the deadline to submit a Motion for two-weeks to April 30, 2025. ECF No. 66.

5. The parties need one additional week to file the Motion. During the two-week extension, Undersigned Defense Counsel was out of the office due to illness for over a week, and on return to the office has been unable to complete and finalize documents with Plaintiff's Counsel to meet the April 30, 2025 deadline. However, Counsels are working diligently to finalize the documents for filing in one week.

6. Thus, the parties request a one-week extension to file the Motion no later than May 7, 2025. This Stipulation is the Second Request for an extension of the deadline to file the Motion, and is not submitted for the purpose of delay.

Dated this 29th day of April, 2025.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Roberto Montes* | */s/ Deverie J. Christensen* |
| Jason Kuller, Esq., Bar No. 1224 | Deverie J. Christensen, Esq., Bar No. 6596 |
| Roberto Montes, Jr., Esq., *(Pro Hac Vice)* | Kirsten A. Milton, Esq., Bar No. 14401 |
| 1120 N. Town Center Drive, Suite 130 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
Anne R. Traum
United States District Judge

DATED: April 30, 2025