**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA NELSON, | Case No. 2:24-cv-00419-ART-BNW |
| Plaintiff, | |
| vs. | **ORDER TO EXTEND DEADLINE TO FILE MOTION FOR COURT APPROVAL OF SETTLEMENT OF PLAINTIFF'S INDIVIDUAL CLAIMS** |
| WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive, | |
| Defendants. | **(Fourth Request)** |

   IT IS HEREBY STIPULATED by and between Plaintiff Vanessa Nelson ("Plaintiff"), by and through her counsel, Rafii & Associates, P.C., and Defendants Wood Residential, LLC, Wood Partners, LLC and Wood Real Estate Investors, LLC ("Defendants"), by and through their counsel, Jackson Lewis, P.C., to extend the current deadline of May 21, 2025 for the parties to submit a Motion for Court Approval of Settlement of Plaintiff's individual claims, which include an FLSA claim, for one week to **May 28, 2025**.

   1.   On March 25, 2025, the parties filed a notice of settlement and request to stay all case deadlines pending the filing of a Motion for Court Approval of Settlement of Plaintiff's individual claims and completion of resolution processes.  ECF No. 63.

2.     The parties requested to submit a Motion for Court Approval of Settlement of Plaintiff's individual claims (the "Motion"), which include an FLSA claim, no later than April 16, 2025.

3.     On March 28, 2025, the Court approved the parties stipulation, ordered the parties to submit a Motion by April 16, 2025, and ordered that all current deadlines were vacated. ECF No. 64. On April 16, 2025, the Court approved the parties' stipulation to extend the deadline to submit a Motion for two-weeks to April 30, 2025, as Defense Counsel was out of the office due to illness. ECF No. 66. On April 30, 2025, the Court approved the parties' stipulation to extend the deadline one week, to May 7, 2025. ECF No. 68. On May 8, 2025, the Court approved the parties' stipulation to extend the deadline two weeks to May 21, 2025. ECF No. 70.

4.     The parties have completed drafts of the necessary settlement documents and are now diligently working to obtain signatures of all parties in order to proceed with further court filings. However, the Parties are unable to obtain all the necessary signatures today, May 21, in order to meet the current filing deadline with the Court. Also, Plaintiff's counsel has been in trial since the end of last week; nevertheless, undersigned counsels have been communicating around court days and exchanging documents working as quickly as possible to finalize and circulate settlement documents for execution in order to proceed with court filings. The parties are working to execute the necessary documents, but are unable to obtain all the signatures in order to meet today's filing deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

5.  Thus, the parties request a one-week extension to file the Motion no later than May 28, 2025. This Stipulation is the Fourth Request for an extension of the deadline to file the Motion, and the parties believe it will be the last. This Stipulation is not submitted for the purpose of delay.

Dated this 21st day of May, 2025.

| RAFII & ASSOCIATES, P.C. | JACKSON LEWIS P.C. |
|---|---|
| */s/ Roberto Montes, Jr.* | */s/ Deverie J. Christensen* |
| Jason Kuller, Esq., Bar No. 1224 | Deverie J. Christensen, Esq., Bar No. 6596 |
| Roberto Montes, Jr., Esq., *(Pro Hac Vice)* | Kirsten A. Milton, Esq., Bar No. 14401 |
| 1120 N. Town Center Drive, Suite 130 | 300 S. Fourth Street, Suite 900 |
| Las Vegas, Nevada 89144 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED:

_____

United States District Court/Magistrate Judge

Dated:

\_\_\_\_\_5/21/2025_____

3