1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA NELSON,<br><br>        Plaintiff,<br><br>     vs.<br><br>WOOD RESIDENTIAL, LLC; WOOD PARTNERS, LLC; WOOD REAL ESTATE INVESTORS, LLC; and DOES 1-50, inclusive,<br><br>       Defendants. | Case No. 2:24-cv-00419-ART-BNW<br><br>**ORDER TO:**<br><br>**(1) VOLUNTARILY DISMISS WITHOUT PREJUDICE ALL CLASS OR COLLECTIVE CLAIMS, and**<br>**(2) VOLUNTARILY DISMISS WITH PREJUDICE PLAINTIFF'S INDIVIDUAL FLSA CLAIM** |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY STIPULATED by and between Plaintiff Vanessa Nelson ("Plaintiff"), by and through her counsel, Rafii & Associates, P.C., and Defendants Wood Residential, LLC, Wood Partners, LLC and Wood Real Estate Investors, LLC ("Defendants"), by and through their counsel, Jackson Lewis, P.C., that Plaintiff is voluntarily dismissing without prejudice all class or collective claims in the First Amended Complaint (ECF No. 1-5), and voluntarily dismissing with prejudice her individual claim under the Fair Labor Standards Act ("FLSA").

Plaintiff's non-FLSA individual claims remain pending in this action.

In support of this stipulation, the Parties state as follows:

1.      Plaintiff brought claims against Defendants on behalf of herself and proposed

putative classes. *See* ECF No. 1-5 at ¶¶ 1, 75, 77.

2.      No putative classes have been certified in this case.

3.      No putative classes have been proposed for certification for purposes of settlement.

4.      Federal Rule of Civil Procedure 23(e) provides that only in cases where there is a certified class, or a class proposed to be certified for purposes of settlement must a voluntary dismissal of such claims obtain Court approval.

5.      In this case, there is no certified class nor a class proposed to be certified for purposes of settlement.

6.      Thus, the Parties stipulate to permit Plaintiff to voluntarily dismiss *without prejudice* all class or collective claims in the First Amended Complaint (ECF No. 1-5) pursuant to Federal Rule of Civil Procedure 41(a).

7.      Plaintiff asserted an individual claim under the FLSA in her First Amended Complaint, specifically an individual claim under the FLSA for unpaid overtime compensation. *See* ECF No. 1-5 at ¶¶ 53-54, 81-85.

8.      After exchanging documents (including timesheets, payroll records, bonus plans, records of bonuses earned, and related records needed to calculate bonuses and overtime), evaluating data, and conducting calculations regarding evidence related to Defendant's payment of overtime compensation to Plaintiff, the Parties have determined that Plaintiff was paid all overtime compensation due to her (and, in fact, was overpaid overtime compensation by approximately $8.00).  Thus, Plaintiff was overpaid overtime, is not owed any wages, and does not have a viable individual FLSA Claim against Defendants.  As Plaintiff does not have a viable individual FLSA Claim, there are legal issues on whether she is a proper class and collective representative for the overtime wage claims asserted in the First Amended Complaint.

9.      The Parties have agreed to stipulate to permit Plaintiff to voluntarily dismiss with prejudice her individual FLSA Claim, in her Fourth Cause of Action in the First Amended Complaint, pursuant to Federal Rule of Civil Procedure 41(a).

10.     Accordingly, in light of the evidence exchanged, Plaintiff has determined to voluntarily dismiss with prejudice her individual FLSA Claim and to voluntarily dismiss without

prejudice the class or collective claims as she is not a proper class representative.  As the stipulation to the class and collective is *without prejudice*, this stipulation will have no effect on the rights of any potential claims of any putative class or collective member.

11.    Once the court enters this stipulation and enters an order dismissing *without prejudice* all class or collective claims and *with prejudice* Plaintiff's individual FLSA Claim, only Plaintiff's non-FLSA individual claims against Defendants will remain pending in this case.

**ORDER**

IT IS SO ORDERED:

_____
United States District Court Judge

Dated:_5/29/2025_____

3