**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VANESSA NELSON, | Case No. 2:24-cv-00419-ART-BNW |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| WOOD RESIDENTIAL, LLC;<br>WOOD PARTNERS, LLC;<br>WOOD REAL ESTATE INVESTORS,<br>LLC; and DOES 1-50, inclusive, | |
| Defendants. | |

1  Plaintiff VANESSA NELSON ("Plaintiff"), by and through her counsel, Rafii & Associates,

2  P.C., and Defendants WOOD RESIDENTIAL, LLC, WOOD PARTNERS, LLC, and WOOD REAL

3  ESTATE INVESTORS, LLC ("Defendants"), by and through their counsel, the law firm of Jackson

4  Lewis P.C., hereby stipulate to the Dismissal with Prejudice of Plaintiff's remaining claims for Age

5  Discrimination, National Origin Discrimination, Hostile Work Environment, Retaliation, Wrongful

6  Termination, Intentional and Negligent Infliction of Emotional Distress, and wage and hour claims

7  under NRS § 608 et. seq., with prejudice, with each party to bear its own attorney's fees and costs.

8  RAFII & ASSOCIATES, P.C.                    JACKSON LEWIS P.C.

9  /s/Robert Montes                            /s/Deverie Christensen

10 ROBERT MONTES, ESQ.                         DEVERIE J CHRISTENSEN, ESQ.
   *Admitted pro hac vice*                     Nevada Bar No. 6596

11 JASON KULLER, ESQ.                          KIRSTEN A. MILTON, ESQ.
   Nevada Bar No. 12244                        Nevada Bar No. 14401

12 1120 N. Town Center Dr., Suite 130          300 S. Fourth Street, Suite 900
   Las Vegas, Nevada 89144                     Las Vegas, Nevada 89101

13

14 *Attorneys for Plaintiff Vanessa Nelson*    *Attorneys for Defendant*
                                               *Wood Residential, LLC, Wood Partners, LLC, and*
                                               *Wood Real Estate*

15

16                              **ORDER**

17     IT IS ORDERED that the Stipulation for Dismissal with Prejudice (ECF No. 76) is GRANTED.

18 Plaintiff's remaining claims for Age Discrimination, National Origin Discrimination, Hostile Work

19 Environment, Retaliation, Wrongful Termination, Intentional and Negligent Infliction of Emotional

20 Distress, and wage and hour claims under NRS § 608 et. seq., are dismissed with prejudice, with each
   party to bear its own attorney's fees and costs.

21     IT IS FURTHER ORDERED that the Clerk of Court is directed to close this case.

22

23 Anne R. Traum
   United States District Judge

24 Dated: September 4, 2025

25

26

27

28